**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6215**

———————

VINCENT E. MORNING,

Plaintiff - Appellant,

versus

KATHY LOCKLEAR; OFFICER STUMP; OFFICER HAMMOND,

Defendants - Appellees,

and

P. CHAVIS; M. B. HARDIN,

Defendants.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-97-397-5-H)

———————

Submitted: November 19, 1998      Decided: December 1, 1998

———————

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Vincent E. Morning, Appellant Pro Se. William McBlief, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vincent E. Morning appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Morning v. Locklear</u>, No. CA-97-397-5-H (E.D.N.C. Jan. 26, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>